IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOHN ROBIN DURRANCE,  :
         Plaintiff,  :
VS.  :
Warden VICTOR L. WALKER,  :  NO. 5:11-CV-369 (MTT)
         Defendant.  :
                               :  **O R D E R**

      Plaintiff **JOHN ROBIN DURRANCE**, an inmate at Hancock State Prison ("HSP"), filed a civil rights complaint under 42 U.S.C. § 1983. He now moves for voluntary dismissal of this action (Doc. 11). Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Defendant has not yet served an answer or a motion for summary judgment. Accordingly, Plaintiff's motion to dismiss is hereby **GRANTED** and the above-captioned action is **DISMISSED WITHOUT PREJUDICE**. The Court's prior Order that Plaintiff pay the $350.00 filing fee (Doc. 8) is hereby **VACATED**. The Clerk of Court is **DIRECTED** to send a copy of this Order to HSP, so that funds will not be withheld from Plaintiff's account.

      **SO ORDERED**, this 5th day of December, 2011.

                                              S/ Marc T. Treadwell
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT

cr